# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| AYESHA T. SCOTT, | : | |
| | : | CASE NO. 17-54066-wlh |
| Debtor. | : | |

## CERTIFICATION REGARDING REVIEW OF PROOF OF CLAIM

COMES NOW The Bankruptcy Law Group, LLC, counsel for the Debtor in the above-styled Chapter 13 case, and file this Certification Regarding Review of Proofs of Claim pursuant to General Order Number 9 and shows this Honorable Court the following:

1.

The Debtor filed the instant Chapter 13 proceeding on March 6, 2017.

2.

The deadline for filing Proofs of Claim for creditors other than a governmental unit was July 12, 2017. The deadline for filing Proofs of Claim for governmental units was September 5, 2017.

3.

I hereby certify that the following tasks have been performed on behalf of the Debtor in this case:

(A) Review all filed Proofs of Claim on the Claims Register maintained by the Clerk of the Court to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee.

(B) It was not necessary to object to any filed Proof of Claim.

(C) It was not necessary to file any Proofs of Claim on behalf of any creditors.

Dated: December 13, 2017

[Signature on next page]

Respectfully submitted by:

_____/s/_____
Stacey L. Butler
GA Bar No. 468063
Attorney for Debtor

The Bankruptcy Law Group LLC
155 Eagles Walk, Ste. A
Stockbridge, GA  30281
770-389-0002 (p)
770-389-0012 (f)
*courtdocs@slblawgroup.com*

### CERTIFICATE OF SERVICE

I certify that, by agreement of the parties, Melissa J. Davey- Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

_____/s/_____
Stacey L. Butler
GA Bar No. 468063
Attorney for Debtor

The Bankruptcy Law Group LLC
155 Eagles Walk, Ste A
Stockbridge, GA  30281
770-389-0002 (p)
770-389-0012 (f)
*courtdocs@slblawgroup.com*